**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Juan Alfonso VALLEJO, also known as
Juan Vallejo, also known as Juan Val-
lejo Vallego, also known as Juan Al-
fonso Vallejo Alvarado, Defendant–
Appellant.**

**No. 13–20462
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 16, 2014.

Renata Ann Gowie, Assistant U.S. At-
torney, U.S. Attorney's Office, Houston,
TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public De-
fender, Molly Estelle Odom, Esq., Assis-
tant Federal Public Defender, H. Michael
Sokolow, Assistant Federal Public Defend-
er, Federal Public Defender's Office,
Houston, TX, for Defendant–Appellant.

Before PRADO, ELROD, and
HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed
to represent Juan Alfonso Vallejo has
moved for leave to withdraw and has filed
a brief in accordance with *Anders v. Cali-
fornia*, 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967), and *United States v.
Flores*, 632 F.3d 229 (5th Cir.2011). Valle-

jo has not filed a response. We have
reviewed counsel's brief and the relevant
portions of the record reflected therein.
We concur with counsel's assessment that
the appeal presents no nonfrivolous issue
for appellate review. Accordingly, coun-
sel's motion for leave to withdraw is
GRANTED, counsel is excused from fur-
ther responsibilities herein, and the AP-
PEAL IS DISMISSED. *See* 5TH CIR. R.
42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.